UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| SHELBYVILLE HOSPITAL CORPORATION d/b/a HERITAGE MEDICAL CENTER, </br></br>Plaintiff,</br></br>v.</br></br>E. WAYNE MOSLEY, M.D.,</br></br>Defendant. | )</br>)</br>)</br>)</br>)</br>)   No. 4:13-cv-088</br>)   Phillips/Carter</br>)</br>)</br>)  |

## ORDER

For the reasons set forth in the accompanying memorandum opinion, the defendant's motion to dismiss [Doc. 32] is **GRANTED in part** and **DENIED in part**, whereby Dr. Mosley's counterclaims of breach of contract, intentional interference with a business relationship, and unjust enrichment are **DISMISSED** and the claims of fraudulent inducement and negligent misrepresentation will remain pending.

IT IS SO ORDERED.

                                                            s/ Thomas W. Phillips
                                                          SENIOR UNITED STATES DISTRICT JUDGE